IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3105 |
| vs. | ORDER |
| KARLA MARRUFO, | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed request to extend her self-surrender date. The defendant's request will be granted.

IT IS ORDERED:

1. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on January 10, 2018.

2. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 5th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge